AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Dylan Bowling | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Dylan Bowling,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly enter or remain in any restricted building or grounds without lawful authority to do;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 10/30/2023

G. Michael Harvey  
Digitally signed by G. Michael Harvey  
Date: 2023.10.30 13:26:28 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/30/23, and the person was arrested on *(date)* 11/01/23
at *(city and state)* Mobile, AL.

Date: 11/01/23

*Arresting officer's signature*

SA Nicholas McConnell

*Printed name and title*